PROVEST, LLC
P.O. Box 1180
Bay Shore, New York 11706
(631) 666-6168

JEFFREY S. GREENE, P.C.
One Barker Avenue, Second Floor
White Plains, NY 10601



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE #: 08 CIV. 3081

TONY L. ANIRUDH AND DIANNE C. ANIRUDH ON BEHALF OF
THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

Against

**AFFIDAVIT
OF SERVICE**

CITIMORTGAGE, INC., ET AL

Defendants,

STATE OF MO    COUNTY OF

RICHARD A. RAYMOND being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of MISSOURI.

That on 4-2-08 at 12:19 pm at 1000 TECHNOLOGY DRIVE, O' FALLON, MO, 63304, deponent served the within SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT bearing case # 08 CIV. 3081, on **WILLIAM P. BECKMAN CEO OF CITIMORTGAGE INC.**, defendant therein named,

**INDIVIDUAL** [ ]

by delivering thereat a true copy of each to said defendant personally, deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** [X]

A corporation, by delivering thereat a true copy of each to MARGARET JACKOVAC, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED thereof.

**SUITABLE AGE PERSON** [ ]

By delivering thereat a copy of each to _____, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's usual dwelling place and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** [ ]

By affixing a true copy of each to the door of said premises, which is defendant's usual dwelling place within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there on

**MAILING** [ ]

On _____ deponent also enclosed a copy of same, in a prepaid sealed, first class wrapper marked personal and confidential, properly addressed to defendant and mailed to defendant at defendant's last known address by depositing said wrapper in a post office of the United States Postal Service within the Missouri State.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | WHITE | BROWN + BLONDE | 50 | 5'6" | 200 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE** [X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of MO in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of Missouri or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 4/4/08

KELLEY A. BANNISTER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: May 13, 2011
Commission # 07480028

LICENSE # _____
FILE # ANIRUDH
CASE ID # 912463

COUNTY OF SOUTHERN DISTRICT OF NEW YORK  
COURT    # 24161

UNITED STATES DISTRICT  
RECEIVED  
APR 10 2008  
USDC-WP-SDNY

TONY L. ANIRUDH AND DIANNE C. ANIRUDH ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff(s)

against

CITIMORTGAGE, INC.,

Defendant(s)

INDEX# 08 CIV. 3081  
Date filed 3/26/2008

STATE OF NEW YORK    COUNTY OF ALBANY    ANIRUDH

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**ANDREW C. LIBERTY** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on 4/2/2008 at 2:45 PM, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT**

on **CITIMORTGAGE, INC., Defendant** in this action.

By delivering to and leaving with **CAROL VOGT**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

**Description**    Description of the Recipient is as follows:

A Female with White skin, Brown hair, who is approximately 55 years of age and has an approximate height of 5' 1" and approximate weight of 125 pounds.

Other identifying features are as follows: Glasses.

ANDREW C. LIBERTY  
Process Server

State of New York  
County of Albany

Sworn to before me on this 2 day of April, 2008

Notary Public

Michelle M. Santspree  
Notary Public, State of New York  
NO. 01SA5047611  
Qualfied in Albany County  
Commission Expires August 7, 2009

Barbara M. Santspree  
Notary Public, State of New York  
No. 01SA6071764  
Qualfied in Albany County  
Commission Expires March 25, 2010

PRO-VEST, LLC - 93 E MAIN ST - BAY SHORE, NY 11706-8305 - (631)666-6168