UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TONY L. ANIRUDH, on behalf of himself and all       :    **ECF Case**
others similarly situated, and DIANNE C. ANIRUDH,   :
on behalf of herself and all others similarly situated, :
                                                    :
                           Plaintiffs,              :    No. 08 Civ. 03081 (WCC)
      v.                                            :
                                                    :    **NOTICE OF APPEARANCE**
CITIMORTGAGE, INC.,                                 :
                                                    :    Original Filed by ECF
                           Defendant.               :
                                                    :
------------------------------------------------------------------x


PLEASE TAKE NOTICE that Mayer Brown LLP hereby appears as counsel for defendant Citimortgage, Inc.

                                    MAYER BROWN LLP

                                    By: _____
                                           Kwaku A. Akowuah, Esq.

                                    1675 Broadway
                                    New York, New York 10019
                                    Tel.: (212) 506-2187
                                    kakowuah@mayerbrown.com