*Conner, J*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

TONY L. ANIRUDH, on behalf of himself and all others similarly situated, and DIANNE C. ANIRUDH, on behalf of herself and all others similarly situated,

        Plaintiffs,

v.

CITIMORTGAGE, INC.,

        Defendant.

---------------------------------------------------------------x

ECF Case

No. 08 Civ. 03081 (WCC)

**STIPULATION AND ORDER**

WHEREAS (i) plaintiffs Tony L. Anirudh and Dianne C. Anirudh ("plaintiffs") served a copy of the summons and complaint in this action on defendant CitiMortgage, Inc. ("CMI") on April 2, 2008; (ii) CMI's time to answer or otherwise respond to the complaint is currently due on May 2, 2008; and (iii) no prior request for an adjournment or extension of time has been sought by any party;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that the time for CMI to answer or otherwise respond to the complaint is extended through and including June 2, 2008.

Dated: New York, New York
      April 18, 2008

LAW OFFICES OF JEFFREY S. GREENE, P.C.

By: _____
    Jeffrey S. Greene, Esq.

One Barker Avenue, Second Floor
White Plains, New York 10601
T: (914) 686-5091
jsglegal@msn.com
*Attorneys for Plaintiffs*

MAYER BROWN LLP

By: _____
    Kwaku A. Akowuah, Esq.

1675 Broadway
New York, New York 10019
T: (212) 506-2187
kakowuah@mayerbrown.com

*Of Counsel:*

Lucia Nale
71 South Wacker Drive
Chicago, Illinois 60606
T: (312) 701-7074

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD

lnale@mayerbrown.com
*Attorneys for Defendant*

SO ORDERED:

*William C. Conner*
S/ U.S.D.J.

dated White Plains, NY
April 21, 2008