UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

---------------------------------------------------------------------x
:
TONY L. ANIRUDH, on behalf of himself and all          :          **ECF Case**
others similarly situated, and DIANNE C. ANIRUDH,    :
on behalf of herself and all others similarly situated,    :
:
                             Plaintiffs,    :          No. 08 Civ. 03081 (WCC)
:
    v.                                                        :          **STIPULATION AND ORDER**
:
CITIMORTGAGE, INC.,                              :
:
                         Defendant.    :
:
---------------------------------------------------------------------x

    WHEREAS (i) plaintiffs Tony L. Anirudh and Dianne C. Anirudh ("Plaintiffs") served a copy of

the summons and complaint in this action on defendant CitiMortgage, Inc. ("CMI") on April 2, 2008; (ii)

CMI's time to answer or otherwise respond to the complaint is currently due on June 2, 2008; (iii) one

prior request for a 30-day extension of time was sought by CMI, and was consented to by the Plaintiffs

and then granted by the Court; (iv) no other request for an extension or adjournment has been sought by

either party to this action; and (v) the purpose of this further extension request is to allow the parties time

to engage in informal discovery and explore whether an amicable resolution of this matter can be reached;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the

parties to the above-captioned action:

1.    The time for CMI to answer or otherwise respond to the complaint is extended through
       and including July 15, 2008.

2.    In the event that this action is transferred, recommenced or otherwise commenced anew
       in the courts of the State of New York, Plaintiffs' time to move to confirm the class
       under NY CPLR 902, including counsels' representation of the class, shall not be
       affected by the extensions of time to answer or otherwise plead that have been
       previously or herein consented to by the Plaintiffs.

NYDB01 17508



**COPIES MAILED TO COUNSEL OF RECORD** for △ @
AND E-MAILED TO π's COUNSEL

Dated:  New York, New York
        June 4, 2008

LAW OFFICES OF JEFFREY S. GREENE, P.C.

By: _____
        Jeffrey S. Greene, Esq.

One Barker Avenue, Second Floor
White Plains, New York 10601
T: (914) 686-5091
jsglegal@msn.com
*Attorneys for Plaintiffs*

MAYER BROWN LLP

By: _____
        Kwaku A. Akowuah, Esq.

1675 Broadway
New York, New York 10019
T: (212) 506-2187
kakowuah@mayerbrown.com

*Of Counsel:*

Lucia Nale
71 South Wacker Drive
Chicago, Illinois 60606
T: (312) 701-7074
lnale@mayerbrown.com
*Attorneys for Defendant*

SO ORDERED:

William C. Conner
U.S.D.J.

June 9, 2008
White Plains, NY