**MEMO ENDORSED**

MAYER • BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

July 15, 2008                 *ORIGINAL*

Kwaku A. Akowuah
Direct Tel (212) 506-2187
kakowuah@mayerbrown.com

BY FAX 914-390-4170

Hon. William C. Conner
United States District Judge
300 Quarropas St., Room 630
White Plains, N.Y. 10601


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

> Re:  Anirudh v. CitiMortgage, Inc.
>       No. 08 Civ. 3081 (WCC)
>           ECF CASE

Dear Judge Connor:

We represent defendant CitiMortgage, Inc. ("CMI") in this alleged class action arising out of
CMI's procedures for the pay-off of residential co-op loans. I write in accordance with
paragraph 2.A of Your Honor's Individual Practices to request a pre-motion conference on a
motion to dismiss for lack of subject matter jurisdiction and also perhaps for failure to state a
claim upon which relief can be granted. In anticipation of this request, a conference has been
scheduled for this Friday, July 18, at 9:15 A.M.

The complaint alleges diversity jurisdiction under the Class Action Fairness Act of 2005. We
initially agreed on CAFA jurisdiction, and indeed we removed a similar action originally filed in
Supreme Court, New York County. Further investigation, however, revealed that more than
90% of the CMI co-op loans paid off during the alleged class period had been made on New
York state co-ops. Because CMI is a New York corporation, the case therefore falls within the
home-controversy exception to CAFA jurisdiction. "A district court shall decline to exercise
jurisdiction under [CAFA] if * * * two-thirds or more of the members of all proposed plaintiff
classes in the aggregate, and the primary defendants, are citizens of the State in which the action
was originally filed." 28 U.S.C. § 1332(d)(4)(B); *see also Hart v. Fedex Ground Package Sys.
Inc.*, 457 F.3d 675, 679 (7th Cir. 2006) ("Under the 'home-state controversy' exception, district
courts must decline to exercise jurisdiction where two-thirds or more of the members of the
proposed plaintiff class and the primary defendants are citizens of the original filing state.").
The action must therefore be dismissed without prejudice under Fed. R. Civ. P. 12(b)(1). Based
on these facts, we stipulated to a remand of the similar action in an order approved by Judge
Jones on July 14, 2008. We are prepared to brief this issue expeditiously, in accordance with any
briefing schedule amenable to the Court.

CMI also submits that the complaint fails to state a claim upon which relief can be granted and is
subject to dismissal on a motion under Fed. R. Civ. P. 12(b)(6). The pay-off practices described

**MEMO ENDORSED**

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).

COPIES MAILED TO COUNSEL OF RECORD

JUL 15 '08 17:59 FR MAYER BROWN LLP    242 262 1910    TO 912163390 Page 2 of 3 03
Case 7:08-cv-03081-WCC    Document 8    Filed 07/18/2008    Page 2 of 3

Mayer Brown LLP

Hon. William C. Conner
July 15, 2008
Page 2

in the complaint conform to the parties' contracts. Moreover, federal law expressly preempts the plaintiffs' claims. We are prepared to brief these alternative grounds for dismissal in tandem with the jurisdictional ground or to reserve them for a subsequent Fed. R. Civ. P. 12(c) motion for judgment on the pleadings, as the Court prefers. Whether the Rule 12(b)(6) grounds are briefed or not, the Court will have to consider the jurisdictional issue in the first instance. *See, e.g., Steel Co. v. Citizens For A Better Environment*, 523 U.S. 83, 94-95 (1998) (reaffirming that federal courts must address questions of jurisdiction before rendering opinion on merits issues).

In closing, we note that the parties had previously stipulated to a responsive pleading due date of today, July 15, 2008. In accordance with the Court's Individual Practices, which do not permit the filing of a dispositive motion in advance of a pre-motion conference, we have refrained from filing a motion to dismiss under Fed. R. Civ. P. 12(b)(1) and instead submit this letter. Because plaintiffs' counsel has declined to enter into a stipulation extending CMI's time to answer or respond through and including the date of the pre-motion conference scheduled for Friday July 18, 2008, we also hereby request an extension of CMI's time to answer or otherwise respond through and including the filing deadline set by the Court at the July 18, 2008 conference. Two prior requests for extensions of time were made by stipulation of the parties. Both were granted by the Court.

Respectfully submitted,

Kwaku A. Akowuah

cc by fax:

Jeffrey S. Greene, Esq.
Sanford Young, Esq.

Δ's Request for extension is GRANTED.

So ORDERED.
Dated: White Plains, NY
July 18, 2008

WILLIAM C. CONNER, Senior U.S.D.J.

# MAYER · BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main phone: (212) 506-2500
Main fax: (212) 262-1910
www.mayerbrown.com

## Facsimile cover sheet

Kwaku A. Akowuah
Direct Tel (212) 506-2187
kakowuah@mayerbrown.com

Date:          7/15/2008
Total pages:   3
Ref:           08037934

| To: | Company: | Fax: | Telephone: |
|---|---|---|---|
| Hon. William C. Conner | United States District Judge | 914-390-4170 | |
| Jeffrey Greene | | 914-686-4892 | |
| Sanford Young | | 212-732-4157 | |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS
ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM
DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE
ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.

IF YOU HAVE ANY TRANSMISSION DIFFICULTY,
PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (212) 506-2707

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).

MESSAGE: