**MEMO ENDORSED**

## MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

**ORIGINAL**

July 18, 2008

Kwaku A. Akowuah
Direct Tel (212) 506-2187
kakowuah@mayerbrown.com

BY FAX 914-390-4170

Hon. William C. Conner
United States District Judge
300 Quarropas St., Room 630
White Plains, N.Y. 10601

    Re:  Anirudh v. CitiMortgage, Inc.
          No. 08 Civ. 3081 (WCC)   ECF CASE

Dear Judge Conner:

In keeping with the Court's direction at this morning's premotion conference, we write to request approval of the following briefing schedule on the defendant's motion to dismiss this action without prejudice for lack of subject matter jurisdiction. The parties have further conferred upon, and agree to, these deadlines:

    August 20:  Defendant's opening brief.

    October 24:  Plaintiffs' opposition.

    November 10:  Defendant's reply.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Kwaku A. Akowuah*

Kwaku A. Akowuah

cc by fax:

    Jeffrey S. Greene, Esq.
    Sanford Young, Esq.

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED; DOC #: ___; DATE FILED: ___]

*Handwritten endorsement:* Briefing schedule approved. SO ORDERED. Dated: White Plains, NY July 21, 2008

*/s/ William C. Conner*

WILLIAM C. CONNER, Senior U.S.D.J.

**MEMO ENDORSED**

Mayer Brown LLP operates in combination with our associated English limited liability partnership and Hong Kong partnership (and its associated entities in Asia).