UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TONY L. ANIRUDH, on behalf of himself and all :   **ECF Case**
others similarly situated, and DIANNE C. ANIRUDH, :
on behalf of herself and all others similarly situated, :
                                                :
                              Plaintiffs,       :   No. 08 Civ. 03081 (WCC)
    v.                                          :
                                                :
CITIMORTGAGE, INC.,                             :
                                                :
                              Defendant.        :
------------------------------------------------------------------x

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

STATE OF NEW YORK         )
                          )SS.:
COUNTY OF NEW YORK        )

Kwaku A. Akowuah, being duly sworn, deposes and says:

1.  I am a member of the Bar of this Court and am associated with the law firm of Mayer Brown LLP, attorneys for defendant CitiMortgage, Inc. ("CMI"). I make this affidavit to supply the Court with a document useful for the consideration of CMI's Motion To Dismiss For Lack Of Subject Matter Jurisdiction.

2.   Attached hereto as Exhibit A is a true and correct copy of CMI's certificate of the amendment of its amended and restated certificate of incorporation.

*[signature]*
Kwaku A. Akowuah

Sworn to before me this
20th day of August, 2008

*[signature]*
Notary Public

JOHN A. MARSALA
Notary Public, State of New York
No. 01MA4746064
Qualified in New York County
Commission Expires April 30, 20 11

CT-07

---

CERTIFICATE OF AMENDMENT
OF THE AMENDMENT AND RESTATED CERTIFICATE OF INCORPORATION

OF

CMINY, INC.

Under Section 805 of the Business Corporation Law

---

Filed by: Citimortgage, Inc.
P.O. Box 790104
Legal Dept. – MS #140
St. Louis, MO 63179-0104

7 cc

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAY 04 2005
TAX $ _____
BY: _____

New York

3

2005 MAY -4 PM 3:55

RECEIVED 2005 MAY -4 PM 3:48

DRAWDOWN
1021